UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS GOUREAU and STEPHANIE MENKIN, individually and derivatively on behalf of GOOBERRY CORP., a New York corporation, | : : : : : |
| Plaintiffs, | : Civil Action No. 1:20-cv-04691 : |
| v. | : : |
| MARCUS LEMONIS, an individual, ML RETAIL, LLC, a Delaware limited liability company, and MARCUS LEMONIS, LLC, a Delaware limited liability company, | : : : MOTION FOR ADMISSION TO : PRACTICE, PRO HAC VICE : |
| Defendants, and | : : : |
| GOOBERRY CORP., a New York corporation, | : : : |
| Nominal Defendant. | : : : |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Gerard P. Fox, request admission, *pro hac vice*, before the Honorable Mary Kay Vyskocil, to represent Nicolas Goureau and Stephanie Menkin, individually and derivatively on behalf of Gooberry Corp., a New York corporation, plaintiffs in the above-referenced case.

I am in good standing of the bars of the states of the District of Columbia, Maryland, and California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 8/3/20

Los Angeles, California

Gerard P. Fox, Esq.
Gerard Fox Law
1880 Century Park E #1410
Los Angeles, CA 90067
Tel: (310) 441-0500
gfox@gerardfoxlaw.com

2