UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS GOUREAU and STEPHANIE MENKIN, individually and derivatively on behalf of GOOBERRY CORP., a New York corporation, | :<br>:<br>:<br>:<br>: |
| Plaintiffs, | : Civil Action No. 1:20-cv-04691<br>: |
| v. | :<br>: |
| MARCUS LEMONIS, an individual, ML RETAIL, LLC, a Delaware limited liability company, and MARCUS LEMONIS, LLC, a Delaware limited liability company, | :<br>:<br>: AFFIDAVIT OF GERARD P. FOX, ESQ.<br>: IN SUPPORT OF MOTION FOR<br>: ADMISSION TO PRACTICE, PRO HAC<br>: VICE |
| Defendants, and | :<br>: |
| GOOBERRY CORP., a New York corporation, | :<br>:<br>: |
| Nominal Defendant. | :<br>:<br>: |

I, Gerard P. Fox, Esq., declare as follows:

1. I am a founder and partner in the law firm of Gerard Fox Law, P.C., in Los Angeles, California. I submit this affidavit in support of my motion for admission to appear Pro Hac Vice in the above-captioned action.

2. I am in good standing of the bars of the states of California, Maryland, and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of July, 2020 at Los Angeles, California.

*[signature: Gerard P. Fox]*

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of LOS ANGELES
Subscribed and sworn to (or affirmed) before me on this 21ST day of July, 2020 by GERARD P. FOX
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (seal)

CINDY LOU HOGAN
Comm. No. 2161124
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. August 22, 2020

2

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of ______________

Subscribed and sworn to (or affirmed) before me on this ______ day of ______________ by ______________ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature ______________ (seal)