UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS GOUREAU and STEPHANIE MENKIN, individually and derivatively on behalf of GOOBERRY CORP., a New York corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>MARCUS LEMONIS, an individual, ML RETAIL, LLC, a Delaware limited liability company, and MARCUS LEMONIS, LLC, a Delaware limited liability company,<br><br>        Defendants,<br>and<br><br>GOOBERRY CORP., a New York corporation,<br><br>        Nominal Defendant. | Civil Action No. 1:20-cv-04691<br><br>**[PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*** |

      The motion of Gerard P. Fox, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the states of Maryland, the District of Columbia, and California and that his contact information is as follows:

> Gerard P. Fox, Esq.
> Gerard Fox Law
> 1880 Century Park E #1410
> Los Angeles, CA 90067
> Tel: (310) 441-0500

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Nicolas Goureau and Stephanie Menkin, individually and derivatively on behalf of Gooberry Corp., a New York corporation, (the "Clients"), plaintiffs in the above referenced case;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above referenced case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____         _____, New York

/s/ _____

UNITED STATES DISTRICT COURT JUDGE