# Exhibit A

| | |
|---|---|
| **From:** | Lauren Greene <lgreene@gerardfoxlaw.com> |
| **Sent:** | Tuesday, August 18, 2020 12:08 PM |
| **To:** | Coleman, Jesse M |
| **Cc:** | Wexler, Michael; Wolfe, Owen |
| **Subject:** | RE: Goureau v. Lemonis // SDNY |

**[EXT. Sender]**

Thanks Jesse.

**Lauren M. Greene, Esq.**
GERARD FOX LAW P.C.
1880 Century Park East., Suite 1410
Los Angeles, CA 90067
lgreene@gerardfoxlaw.com
www.gerardfoxlaw.com [gerardfoxlaw.com]
T: (310) 441-0500
F: (310) 441-4447



CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. Interception of e-mail is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.

**From:** Coleman, Jesse M <JMColeman@seyfarth.com>
**Sent:** Tuesday, August 18, 2020 7:08 AM
**To:** Lauren Greene <lgreene@gerardfoxlaw.com>
**Cc:** Wexler, Michael <MWexler@seyfarth.com>; Wolfe, Owen <OWolfe@seyfarth.com>
**Subject:** RE: Goureau v. Lemonis // SDNY

Lauren,

Owen is out of the office for the next day or two, so I can respond for him.

We will be filing a letter seeking an extension based on our agreement.

Thank you,

~ Jesse

**Jesse M. Coleman** | Partner | Seyfarth Shaw LLP
700 Milam St. | Suite #1400 | Houston, Texas 77002-2812

1

Direct: +1-713-238-1805 | Mobile: +1-281-972-5719 | Fax: +1-713-821-0645
jmcoleman@seyfarth.com | http://www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Lauren Greene <lgreene@gerardfoxlaw.com>
**Sent:** Monday, August 17, 2020 4:23 PM
**To:** Wolfe, Owen <OWolfe@seyfarth.com>
**Cc:** Wexler, Michael <MWexler@seyfarth.com>; Coleman, Jesse M <JMColeman@seyfarth.com>
**Subject:** RE: Goureau v. Lemonis // SDNY

**[EXT. Sender]**

Hi Owen,
The Amended Complaint was filed this afternoon. As discussed, we've agreed to give Defendants thirty days (30) to file a response. Please let me know if you'd like us to prepare a stipulation for the Court or if you'll be filing a letter request. Thanks!


**Lauren M. Greene, Esq.**
GERARD FOX LAW P.C.
1880 Century Park East., Suite 1410
Los Angeles, CA 90067
lgreene@gerardfoxlaw.com
www.gerardfoxlaw.com [gerardfoxlaw.com]
T: (310) 441-0500
F: (310) 441-4447



CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. Interception of e-mail is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.

**From:** Lauren Greene
**Sent:** Monday, August 17, 2020 10:05 AM
**To:** Wolfe, Owen <OWolfe@seyfarth.com>
**Cc:** Wexler, Michael <MWexler@seyfarth.com>; Coleman, Jesse M <JMColeman@seyfarth.com>
**Subject:** RE: Goureau v. Lemonis // SDNY

Thank you Owen. Yes, we can agree to thirty days for Defendants to respond to the Amended Complaint.


**Lauren M. Greene, Esq.**
GERARD FOX LAW P.C.
1880 Century Park East., Suite 1410
Los Angeles, CA 90067
lgreene@gerardfoxlaw.com
www.gerardfoxlaw.com [gerardfoxlaw.com]
T: (310) 441-0500
F: (310) 441-4447



CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. Interception of e-mail is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.

**From:** Wolfe, Owen <OWolfe@seyfarth.com>
**Sent:** Monday, August 17, 2020 6:14 AM
**To:** Lauren Greene <lgreene@gerardfoxlaw.com>
**Cc:** Wexler, Michael <MWexler@seyfarth.com>; Coleman, Jesse M <JMColeman@seyfarth.com>
**Subject:** RE: Goureau v. Lemonis // SDNY

Lauren,

Thank you for your email.  Sorry for the delay, for some reason I did not receive your voicemail.  We appreciate your willingness to work with us.  We have no objection to your filing an Amended Complaint before the deadline for our response to the current Complaint.  We would like to have 30 days from the time it is filed to respond to the Amended Complaint.  Please let us know if that works.

Regards,

Owen


**Owen Wolfe** | Associate | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-3389 | Fax: +1-917-344-1394
owolfe@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Lauren Greene <lgreene@gerardfoxlaw.com>
**Sent:** Friday, August 14, 2020 8:00 PM
**To:** Wolfe, Owen <OWolfe@seyfarth.com>
**Cc:** Wexler, Michael <MWexler@seyfarth.com>; Coleman, Jesse M <JMColeman@seyfarth.com>
**Subject:** Goureau v. Lemonis // SDNY

**[EXT. Sender]**

Hi Owen,

I'm writing to follow up on the voicemail I left you regarding Plaintiffs' plan to file an amended complaint in the SDNY matter. As I mentioned, we'll be filing before the deadline for your responsive pleading and are open to providing you additional time to respond to the amendment. Give me a call when you have a chance to discuss.

## Lauren M. Greene, Esq.

GERARD FOX LAW P.C.
1880 Century Park East., Suite 1410
Los Angeles, CA 90067
lgreene@gerardfoxlaw.com
www.gerardfoxlaw.com [gerardfoxlaw.com]
T: (310) 441-0500
F: (310) 441-4447



CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. Interception of e-mail is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.