

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Samuel M. Bayard**
212-603-6489 tel
212-489-8340 fax

samuelbayard@dwt.com

September 3, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2020
```

*VIA ECF*

Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

> **Granted. SO ORDERED.**
>
> Date: 9/4/2020           *Mary Kay Vyskocil*
> New York, New York       Mary Kay Vyskocil
>                          United States District Judge

Re:   **Goureau et al. v. Lemonis**
      **No. 1:20-cv-04691-MKV**

Dear Judge Vyskocil:

    We represent Machete Corporation d/b/a Machete Productions ("Machete") in the above-captioned action.  Machete respectfully requests a thirty-day extension of its time to move, answer, or otherwise respond to the First Amended Complaint from September 9, 2020 to October 9, 2020.  Machete makes this request because it has only recently retained Davis Wright Tremaine as counsel, and we need additional time to become familiar with the facts of the case before filing a responsive pleading.  This is the first request for an extension of this deadline, and counsel for Plaintiffs has consented to this request.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

Davis Wright Tremaine LLP

*Sam M Bayard*

Samuel M. Bayard

cc:   Gerald P. Fox (via ECF)
      Maja Lukic (via ECF)
      Lauren M. Greene (via ECF)

4821-8217-3130v.1 -