UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLAS GOUREAU, and STEPHANIE MENKIN, individually and derivatively on behalf of GOOBERRY CORPORATION,

        Plaintiffs,

-against-

MARCUS LEMONIS, ML RETAIL, LLC, MARCUS LEMONIS, LLC, and MACHETE CORPORATION d/b/a MACHETE PRODUCTIONS,

        Defendants,

-and-

GOOBERRY CORPORATION

        Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020

1:20-cv-04691-MKV

<u>SCHEDULING ORDER</u>

MARY KAY VYSKOCIL, United States District Judge:

 Defendants Marcus Lemonis, ML Retail, LLC, and Marcus Lemonis, LLC (the "ML Defendants") have submitted a request for a pre-motion conference in anticipation of their motion to dismiss the complaint [ECF #33]. Plaintiffs oppose the request [ECF #34]. The request for a pre-motion conference is DENIED and Defendants' motion to dismiss should be briefed on the following schedule.

- ML Defendants' Motion to Dismiss must be filed by October 23, 2020
- Plaintiffs' Opposition must be filed by November 20, 2020
- ML Defendants' Reply must be filed by December 11, 2020

 Any request for an extension shall be made by letter filed on ECF and must be received at least 72 hours before the deadline.

SO ORDERED

Dated: October 1, 2020
    New York, New York

            _____
            MARY KAY VYSKOCIL
            United States District Judge