UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

NICOLAS GOUREAU and STEPHANIE MENKIN, individually and derivatively on behalf of GOOBERRY CORP., a New York Corporation,

    Plaintiff,

- against -

MARCUS LEMONIS, an individual, ML RETAIL, LLC, a Delaware limited liability company, and MARCUS LEMONIS, LLC, a Delaware limited liability company, and MACHETE CORPORATION d/b/a MACHETE PRODUCTIONS, a California corporation,

    Defendants,

and

GOOBERRY CORP., a New York corporation,

    Nominal Defendant.

---

Civil Action No. 20-cv-4691

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Machete Corporation d/b/a Machete Productions states that it is a California Corporation with no publically held corporate parents, affiliates, or subsidiaries.

Dated: Los Angeles, CA
       October 13, 2020

                        Respectfully submitted,

                        **DAVIS WRIGHT TREMAINE LLP**

                        By: */s/ Jonathan L. Segal*
                              Jonathan L. Segal

                        865 S. Figueroa Street, Suite 2400
                        Los Angeles, CA 90017
                        (213) 633-8667
                        jonathansegal@dwt.com
                        *Attorneys for Machete Corporation d/b/a Machete Productions*