UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020
```

NICOLAS GOUREAU, and STEPHANIE MENKIN, individually and derivatively on behalf of GOOBERRY CORPORATION,

                      Plaintiffs,

-against-

MARCUS LEMONIS, ML RETAIL, LLC, MARCUS LEMONIS, LLC, and MACHETE CORPORATION d/b/a MACHETE PRODUCTIONS,

                      Defendants,

-and-

GOOBERRY CORPORATION

                      Nominal Defendant.

1:20-cv-04691-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

Defendant Machete Corporation has submitted a request for a pre-motion conference in anticipation of its motion to dismiss the complaint [ECF #39]. Plaintiffs oppose the request [ECF #41]. The request for a pre-motion conference is DENIED and Defendants' motion to dismiss should be briefed on the following schedule.

- Machete's Motion to Dismiss must be filed by October 30, 2020
- Plaintiffs' Opposition must be filed by November 27, 2020
- Machete's Reply must be filed by December 18, 2020

Any request for an extension shall be made by letter filed on ECF and must be received at least 72 hours before the deadline.

SO ORDERED

Dated: October 19, 2020
      New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge