# Exhibit C

**Common Claims in the Delaware and New York Lawsuits**

| Claim | DE | NY | Main Distinction |
|---|---|---|---|
| Fraudulent Inducement—Direct Claim against Lemonis, ML Retail, and Marcus Lemonis, LLC. | Count 1 | Count 1 | Claim in NY is also asserted against Machete Corporation, although DE Complaint includes allegations regarding Macehete's role (DE Compl. ¶¶ 53-54). |
| Fraud—Direct Claim against Lemonis, ML Retail, and Marcus Lemonis, LLC. | Count 2 | Count 2 | None, except allegations relate to Gooberry rather than ML Fashion. |
| Breach of Fiduciary Duty—Derivative Claim against Lemonis. | Count 3 | Count 3 | Derivative party is Gooberry in NY, ML Fashion in DE. |
| Breach of Fiduciary Duty—Direct and Derivative Claim against Lemonis, ML Retail, and Marcus Lemonis, LLC. | Count 4 | Count 3 | DE adds claims against ML Retail and ML, LLC. |
| Aiding and Abetting—Direct Claim against Raffel. | Count 5 | N/A | Not alleged in NY. |
| Breach of the Implied Covenant of Good Faith and Fair Dealing—Direct and Derivative Claim Against Lemonis, ML Retail, and Marcus Lemonis, LLC. | Count 6 | Count 4 | None. |
| Breach of ML Fashion's LLC Agreement—Direct and Derivative Claim Against Lemonis, ML Retail, and Marcus Lemonis, LLC. | Count 7 | N/A | Breach of contract not expressly alleged in NY. |
| Unjust Enrichment—Direct and Derivative Claim Against Lemonis, ML Retail, and Marcus Lemonis, LLC. | Count 8 | Count 5 | DE includes direct claim; otherwise none. |
| Gross Mismanagement—Derivative Claim Against Lemonis, ML Retail, and Marcus Lemonis, LLC. | Count 9 | Count 7 | None. |
| Waste and Misappropriation of Corporate Assets—Derivative Claim Against Lemonis, ML Retail, and Marcus Lemonis, LLC. | Count 10 | Count 6 | None. |
| Conversion—Derivative Claim Against Defendants. | Count 11 | Count 8 | None. |
| Receiver. | Count 12 | Count 11 | None. |
| Temporary, Preliminary, and Permanent Injunction. | Count 13 | Count 12 | None. |

2

| | | | |
|---|---|---|---|
| Dissolution. | Count 14 | Count 13 | Under Del. C. § 18-802; and N.Y. Bus. Corp. Law § 1104-a. |
| Breach of Contract—Direct Claim by Plaintiff Menkin Against ML Fashion and MLG Retail. | Count 15 | N/A | Not alleged in NY. |
| RICO § 1962—Derivative Claim Against Lemonis, ML Retail, Marcus Lemonis, LLC, and Machete Corporation. | N/A | Count 9 | Not alleged in DE. |
| Accounting. | N/A | Count 10 | Not overtly alleged in DE. |