

Davis Wright Tremaine LLP

Suite 2400
865 South Figueroa Street
Los Angeles, CA  90017-2566

**Jonathan L. Segal**
213.633.8667 tel
213.633.6899 fax

jonathansegal@dwt.com

October 28, 2020

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:     *Goureau, et al. v. Lemonis, et al.*, Case No. 1:20-cv-04691-MKV

Dear Judge Vyskocil:

We are counsel to Defendant Machete Corporation d/b/a Machete Productions ("Machete") in this action.  Pursuant to Rule 4(a)(i) of Your Honor's Individual Rules of Civil Practice, I write to respond to the Lemonis Defendants' October 23, 2020 letter proposing a conference regarding transfer to the Northern District of Illinois.

Given the current procedural posture of the case, Machete cannot take a position on the request.  As discussed in Machete's October 9, 2020 letter, Machete will be moving on October 30, 2020 to dismiss the case, or to transfer venue to the Central District of California.  [Dkt. 37 & 42.]  Accordingly, it is premature for Machete to take a position on whether this case is appropriately before the Southern District of New York or the Northern District of Illinois.  However, in the event the Court orders briefing on this issue, Machete respectfully requests to reserve its ability to brief it as well.

Sincerely,

*[signature]*

DAVIS WRIGHT TREMAINE, LLP

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4826-4442-4912v.1 0112823-000003