# Exhibit E



**From:** Kimberly Oelman <kfdonnan@gmail.com>
**Date:** May 16, 2014 at 11:34:21 AM PDT
**To:** Nicolas Goureau <nicolas@courageb.com>
**Cc:** Stephanie Menkin <stephanie@courageb.com>
**Subject: Re:  Call**

Thanks guys for taking the time to express your concerns about the agreement. Just to confirm here is what I am going to speak with Andy at the network about:

1. your ability to promote your involvement in the show AFTER a promo or announcement about your participation has been made and before the airing of your episode.
2. Fopps and the fact that is owned by a different company than Gooberry and how this affects our ability to shoot there/include this store as part of the COURAGE B storyline.
3. request language be added into the business agreement that forbids us airing any discussion about the settlement with your mother's ex-husband (WAITING ON LANGUAGE FROM YOU).

Thanks and let me know if you have anything additional.

On May 16, 2014, at 8:45 AM, Nicolas Goureau wrote:

Ok lets do 10am your time. We are ready for you.

Nicolas

On May 16, 2014, at 11:38 AM, Kimberly Oelman wrote:

Of course

My avails are between 10am PT and 11:30am PT and after 3:30PT

Let me know what works!

Kimberly Donnan

Supervising Producer

The Profit / CNBC

kfdonnan@gmail.com

310-386-4096

On May 16, 2014, at 6:18 AM, Nicolas Goureau <nicolas@courageb.com> wrote:

Kim,

Can we have a call today?

Sent from my iPhone

Kimberly Donnan
Supervising Producer
THE PROFIT / CNBC
310-386-4096 (cell)
kfdonnan@gmail.com

2

