# Exhibit F

**From:** Kimberly Oelman <kfdonnan@gmail.com>
**Date:** June 2, 2014 at 10:21:13 AM PDT
**To:** Nicolas Goureau <nicolas@courageb.com>, Stephanie Menkin <stephanie@courageb.com>
**Subject: Fwd: The Profit 2B - Courage B business release comments/questions**

Hey guys:

See revised redline and clean drafts of the business agreement and owner/key employee agreement attached incorporating language pertaining to your confidentiality agreement.

If this language is suitable to you, please sign:
A. (1) clean business agreement on behalf of Courage B and

1

B. (1) clean business agreement on behalf of Fopps as well as
C. Nicolas, noemi, and Stephanie one each sign a clean copy of the owner/key employee agreement

Let me know if you have any questions!

Kimberly Donnan

Begin forwarded message: