

Suite 2400
865 South Figueroa Street
Los Angeles, CA  90017-2566

**Jonathan L. Segal**
213.633.8667 tel
213.633.6899 fax

jonathansegal@dwt.com

December 18, 2020

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:   *Goureau, et al. v. Lemonis, et al.*, Case No. 1:20-cv-04691-MKV

Dear Judge Vyskocil:

I am counsel to Defendant Machete Corporation d/b/a Machete Productions ("Machete") in this action.  Pursuant to Rule 4(A)(vii) of Your Honor's Individual Rules of Civil Practice, I write to respectfully request oral argument regarding Machete's Motion to Dismiss Plaintiffs' First Amended Complaint, or, in the Alternative, to Transfer Venue.

We appreciate your consideration in this matter.

Sincerely,

DAVIS WRIGHT TREMAINE, LLP

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4826-4452-3732v.1 0112823-000003