UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS GOUREAU and STEPHANIE MENKIN, individually and derivatively on behalf of GOOBERRY CORP., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARCUS LEMONIS, an individual, ML RETAIL, LLC, a Delaware limited liability company, and MARCUS LEMONIS, LLC, a Delaware limited liability company,<br><br>Defendants,<br><br>and<br><br>GOOBERRY CORP., a New York corporation,<br><br>Nominal Defendant. | Civil Action No. 1:20-cv-04691 |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE
TO FILE THEIR SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and for the reasons stated in the accompanying Memorandum of Law in Support as well as the supporting Affidavit of Gerard P. Fox, and the exhibits annexed thereto, Plaintiffs Nicolas Goureau and Stephanie Menkin, through their undersigned counsel, hereby move for an Order allowing them to file their Second Amended Complaint.

DATED: August 20, 2021         GERARD FOX LAW, P.C.

　　　　　　　　　　　　　　　　  __/s/ Gerard P. Fox_____

　　　　　　　　　　　　　　　　Gerard P. Fox

　　　　　　　　　　　　　　　　Marina V. Bogorad (*pro hac vice forthcoming*)

　　　　　　　　　　　　　　　　1345 Sixth Avenue, 33rd Floor

　　　　　　　　　　　　　　　　New York, New York 10105

　　　　　　　　　　　　　　　　Telephone: (646) 690-4980; Facsimile: (646) 368-9328

　　　　　　　　　　　　　　　　gfox@gerardfoxlaw.com

1