UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NICOLAS GOUREAU and STEPHANIE MENKIN, individually and derivatively on behalf of GOOBERRY CORP., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARCUS LEMONIS, an individual, ML RETAIL, LLC, a Delaware limited liability company, and MARCUS LEMONIS, LLC, a Delaware limited liability company,<br><br>Defendants,<br><br>and<br><br>GOOBERRY CORP., a New York corporation,<br><br>Nominal Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> Civil Action No.  1:20-cv-04691<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT** |

Upon consideration of the parties' respective papers and arguments, Plaintiffs' Motion for Leave to File Their Second Amended Complaint is hereby granted in its entirety, and their proposed Second Amended Complaint is deemed filed as of the date of this Order.

**SO ORDERED.**

Dated: This _____ day of

_____, 2021.

_____

The Honorable Mary Kay Vyskocil

United States District Judge