# EXHIBIT – J –

**From:** Marcus Lemonis marcus@marcuslemonis.com
**Subject:** Re: Note Summary - $8.6mildr
**Date:** April 16, 2018 at 5:41 PM
**To:** Stephanie Menkin stephanie.menkin@marcuslemonis.com
**Cc:** Jeremy Dombroski jeremy.dombroski@marcuslemonis.com



Yes

But I want the tax benefit


Marcus A. Lemonis

The Profit on CNBC

Marcus Lemonis, LLC
ML Acquisition Company
Plus Visit www.marcuslemonis.com


On Apr 16, 2018, at 2:35 PM, Stephanie Menkin <stephanie.menkin@marcuslemonis.com> wrote:

> So you are ok with forgiving some of the old buildouts and fixtures that don't exist anymore today?
>
> **Stephanie Menkin**
> President
> ML Fashion Group
> 38 East 29th Street
> New York, NY 10016
> O – 646-823-9895
>
> 
>
> On Apr 16, 2018, at 5:34 PM, Marcus Lemonis <marcus@marcuslemonis.com> wrote:
>
>> Drive the number as high as you can
>>
>>
>> Marcus A. Lemonis
>>
>> The Profit on CNBC
>>
>> Marcus Lemonis, LLC
>> ML Acquisition Company

ML Acquisition Company
Plus Visit www.marcuslemonis.com

On Apr 16, 2018, at 2:31 PM, Stephanie Menkin <stephanie.menkin@marcuslemonis.com> wrote:

Hi-. See below the breakdown of the $8.6M

Jeremy is asking for the additional losses and I'm just hoping to get your input.

Most of it is the old construction and fixtures
Blues Jean bar $600k

Susana and Inkkas of course we keep

Let me know what you would prefer to remove.

Thank you

**Stephanie Menkin**
President
ML Fashion Group
38 East 29th Street
New York, NY 10016
O – 646-823-9895



Begin forwarded message:

**From:** Manish Karna <manish.karna@marcuslemonis.com>
**Date:** April 16, 2018 at 5:17:14 PM EDT
**To:** Stephanie Menkin <stephanie.menkin@marcuslemonis.com>
**Subject: Note Summary - $8.6mil**

<image001.png>

**Manish Karna**
Group Controller
ML Fashion Group
38 East 29th Street, 6th Fl.
New York, NY 10016
C – 551-208-9944
P – 646-823-9895 Ext. 105
F – 646-756-5179
www.mlfashiongroup.com