# EXHIBIT – K –



March 17, 2020

Dear Nicolas Goureau,

I, Stephanie Menkin, President of Gooberry Corp, ML Fashion Group LLC and MLG Retail, LLC guarantee that charges made on business American Express ending in #9002 under business name COURAGEb and personal name Nicolas Goureau were all business charges and nothing personal.  They are expenses of Gooberry Corp, ML Fashion LLC, MLG Retail LLC dba- MARCUS, DENIM & SOUL, RUNWAY, COURAGEb, KOOL KIDS.

On April 4th, 2019 a payment plan was negotiated by me and American Express with written approval by Marcus Lemonis (attached) to close the account.  The email approved by Mr. Lemonis was also cc'ing Bobbi Lemonis (wife), Manish Karna (Group Controller), Donna Johnson (Senior Accountant)  Below are the terms agreed to:

**36 MONTHS Payment Plan**
1st Payment DUE immediately- **$55,818**
Monthly thereafter for 34 Months- **$18,616**

 All owners of Gooberry Corp, ML Fashion LLC, MLG Retail LLC were aware and agreed to these payments to be made for 36 months by the business for a total amount due of $688,762.

All payments since April 2019 have been made from MLG Retail LLC Chase Bank Account Ending #1967.  Today, the remaining balance is $463,112.  I am writing to confirm that our businesses Gooberry Corp, ML Fashion LLC, MLG Retail LLC dba MARCUS will continue to make these payments every month until the balance is settled with American Express.

Should you have any questions, feel free to reach me personally at 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.


Stephanie Menkin
President
Gooberry Corp, ML Fashion LLC, MLG Retail LLC
MARCUS


(Enclosure: Payment Plan email approval dated April 4th 2019)

**From:** **Marcus Lemonis** marcus@marcuslemonis.com
**Subject:** Re: AMEX PAYMENT PLAN
**Date:** April 5, 2019 at 11:12 AM
**To:** Stephanie Menkin stephanie.menkin@marcuslemonis.com
**Cc:** Manish Karna manish.karna@marcuslemonis.com, Donna donna@marcuslemonis.com, Bobbi Lemonis bobbi@marcuslemonis.com

Approved for 36 month plan

Marcus A. Lemonis
#GOforit

The Profit on CNBC

Marcus Lemonis, LLC
ML Acquisition Company
Plus Visit www.marcuslemonis.com

On Apr 4, 2019, at 1:36 PM, Stephanie Menkin <stephanie.menkin@marcuslemonis.com> wrote:

> Marcus- I will be confirming with Amex that we will be signing up for a payment plan for 36 months. Payments will be made from new and separate account that will be receiving sales from UES, SYO and SH moving forward. That account will pay for the expenses (rent, payroll and misc utilities) for those locations.
>
> **36 MONTHS**
> 1st Payment DUE immediately- **$55,818**
> Monthly thereafter for 34 Months- **$18,616**
>
> Please confirm as we will make the initial payment of $55,818 today.
>
> Thanks,
> Stephanie
>
>> On Apr 4, 2019, at 12:17 PM, Stephanie Menkin <stephanie.menkin@marcuslemonis.com> wrote:
>>
>> Hi-
>>
>> I have spent a long time on the phone with Amex and these are the best payment plan options we have been given:
>>
>> **10 MONTHS**
>> 1st Payment DUE immediately- **$167,460**
>> Monthly thereafter for 9 Months- **$55,820**
>>
>> **36 MONTHS**
>> 1st Payment DUE immediately- **$55,818**
>> Monthly thereafter for 34 Months- **$18,616**
>>
>> **Let me know if you have a moment to discuss because it's valid TODAY only.**
>>
>> **We can make either monthly payment work with the sales from UES, SYO and SH. But its the 1st payment that we do not have for the 10 Month option.**