

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2021

Gerard P. Fox
gfox@gerardfoxlaw.com

August 27, 2021

**VIA ELECTRONIC MAIL**
Honorable Mary Kay Vyskocil
United States District Court
Southern district of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: *Goureau et al. v. Lemonis et al., Ca*se No.: 1-20-cv-04691-MKV

Dear Judge Vyskocil,

In light of the parties' ongoing efforts to achieve a global resolution of the claims pending at bar, Plaintiffs Stephanie Menkin and Nicolas Goureau ("Plaintiffs") and Defendant Machete Corporation d/b/a Machete Productions ("Machete") have agreed to extend Machete's time to file its opposition to Plaintiffs' Motion for Leave to File Their Second Amended Complaint (Dkt. No. 68 ("Motion")) from its current due date of **September 7, 2021** to **October 18, 2021**, which is after certain milestones set in the parties' settlement efforts. Plaintiffs hereby respectfully submit that the Court should set the briefing schedule as to Machete's opposition due date accordingly.

There have been no other previous requests for any extensions of time in connection with the Motion.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/ Gerard P. Fox*

cc:

**Granted. SO ORDERED.**

Date: 8/31/2021
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

1880 Century Park East | Suite 1410 | Los Angeles, CA 90067 | 310.441.0500
1345 Sixth Avenue | 33rd Floor | New York, NY 10105 | 646.690.4980
www.gerardfoxlaw.com