

Gerard P. Fox<br>
gfox@gerardfoxlaw.com

August 31, 2021

**VIA ELECTRONIC MAIL**
Honorable Mary Kay Vyskocil
United States District Court
Southern district of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: *Goureau et al. v. Lemonis et al., Ca*se No.: 1-20-cv-04691-MKV

Dear Judge Vyskocil,

Although Plaintiffs are, once again, reluctant to take this Court's time with further correspondence, they feel compelled to respond to ML Defendants' accusation that Plaintiffs had somehow failed to apprise this Court of their "express objection to any extension" in connection with Plaintiff's Motion for Leave to File Their Second Amended Complaint. (*See* Dkt. No. 73.) The truth of the matter is that Plaintiffs have never requested any extensions in this matter *from ML Defendants* and were prepared to file their reply to ML Defendants' opposition in due course, given the opposition's current deadline of **September 7, 2021**.

Having said that, Plaintiffs welcome ML Defendants' joinder to the extension request and agree that their opposition should be set to the same date as that of Machete Corporation d/b/a/ Machete Productions—that is, **October 18, 2021**.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Gerard P. Fox

cc:  Jesse M. Coleman, Seyfarth Shaw LLP (via ECF)
Michael D. Wexler, Seyfarth Shaw LLP (via ECF)
Owen R. Wolfe, Seyfarth Shaw LLP (via ECF)
Samuel M. Bayard, Davis Wright Tremaine LLP (via ECF)
Rachel R. Goldberg, Davis Wright Tremaine LLP (via ECF)
Jonathan L. Segal, Davis Wright Tremaine LLP (via ECF)