

**Seyfarth Shaw LLP**
700 Milam Street
Suite 1400
Houston, Texas  77002-2812
**T** (713) 225-2300
**F** (713) 225-2340

jmcoleman@seyfarth.com
T (713) 238-1805

www.seyfarth.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2021
```

August 31, 2021

**VIA CM/ECF**

Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:  *Goureau, et al. v. Lemonis, et al.*; Case No. 1:20-cv-04691-MKV
     Letter motion requesting extension to respond to Plaintiffs' motion for leave to file a Second Amended Complaint.

Honorable Judge Vyskocil:

We represent Defendants Marcus Lemonis, ML Retail, LLC, and Marcus Lemonis, LLC (collectively, "ML Defendants"), in the above-referenced action brought by Nicolas Goureau and Stephanie Menkin (collectively, "Plaintiffs").  We respectfully submit this letter-motion pursuant to Rule 2.G of Your Honor's Individual Rules of Practice in Civil Cases to request an extension of ML Defendants' deadline to respond to Plaintiffs' Motion for Leave to File Their Second Amended Complaint (Dkt. 68) (the "Motion"), originally filed on August 21, 2021.

ML Defendants' current deadline to respond to the Motion is September 7, 2021.  ML Defendants seek an extension until **October 18, 2021**.

Good cause exists for the requested extension.  On August 27, 2021, Plaintiffs filed a letter-motion requesting that the response deadline of defendant Machete Corporation ("Machete") be extended to October 18, 2021.  Dkt. No. 71.  In that letter-motion, Plaintiffs failed to present ML Defendants' express objection to any extension and proceeded with notifying the Court of Machete's agreement only.  *See id.*

On August 31, 2021, the Court granted Plaintiffs' request and extended Machete's response deadline to October 18, 2021.  Dkt. No. 72.  In light of this extension, ML Defendants respectfully request that their deadline to respond similarly be extended to October 18, 2021 so that all briefing on the Motion proceeds together.

74558121v.1



Honorable Mary Kay Vyskocil
August 31, 2021
Page 2

For these reasons, ML Defendants respectfully request that Your Honor extend their deadline to respond to the Motion until October 18, 2021 for all Defendants.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ Jesse M. Coleman

Jesse M. Coleman


JMC

cc:   Counsel of record (via ECF)

---

**GRANTED.  The deadline to respond is extended as set out herein.  The Clerk of the Court respectfully is requested to close the Letter Motion at ECF No. 74.  SO ORDERED.**

Date: 9/1/2021
New York, New York

Mary Kay Vyskocil
United States District Judge

---