UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Nicolas Goureau, et al.,

               Plaintiff,

-against-                                 1:20- Civ.-04691- ( MKV)

Marcus Lemonis, et al.,                     MOTION FOR ADMISSION

                                                                 PRO HAC VICE

                             Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Marina V. Bogorad,__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Plaintiffs, Nicolas Goureau and Stephanie Menkin__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __California__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  September 15, 2021       Respectfully Submitted,

                                                _____

                                                Applicant Signature:  /s/ Marina V. Bogorad

                                                Applicant's Name:  Marina V. Bogorad

                                                Firm Name: GERARD FOX LAW P.C.

                                                Address:    1880 Century Park East, Suite 1410

                                                City/State/Zip:  Los Angeles, CA 90067

                                                Telephone/Fax:  310-441-0500 / 310-441-4447

                                                Email:   mbogorad@gerardfoxlaw.com