UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS GOUREAU, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 20-cv-04691-MKV |
| MARCUS LEMONIS, *et al.*, | : |
| Defendants, | : **AFFIDAVIT OF MARINA V. BOGORAD, ESQ. IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE** |

I, Marina V. Bogorad, Esq., declare as follows:

1. I am a partner in the law firm of Gerard Fox Law, P.C., in Los Angeles, California. I submit this affidavit in support of my motion for admission to appear Pro Hac Vice in the above-captioned action.

2. I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of September, 2021 at Los Angeles, California.

                                                Marina Bogorad, Declarant

NOTARY:

M. J. CASTILLO
COMM. 2290629
NOTARY PUBLIC CALIFORNIA
Los Angeles County
My Comm. Expires June 25, 2023

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

On 9-15-2021 before me, MJ Castillo, Notary Public
(Insert Name of Notary Public and Title)

personally appeared Marina V. Bogorad ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

M. J. CASTILLO
COMM. 2290629
NOTARY PUBLIC CALIFORNIA
Los Angeles County
My Comm. Expires June 25, 2023