UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS GOUREAU, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 1:20-cv-04691-MKV |
| MARCUS LEMONIS, *et al.*, | : |
| Defendants. | : |

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S
SEPTEMBER 2, 2021 DECISION ON MOTIONS TO DISMISS**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 6.3 and for the reasons stated in the accompanying Memorandum of Law in Support, Plaintiffs Nicolas Goureau and Stephanie Menkin, individually and derivatively on behalf of Gooberry Corporation, through their undersigned counsel, hereby move for an Order granting reconsideration of the Court's September 2, 2021 decision on Defendants' motions to dismiss.

Dated: September 16, 2021

Gerard Fox Law P.C.

/s/ Gerard P. Fox

Gerard P. Fox (admitted *pro hac vice*)
1345 Sixth Avenue, 33rd Floor
New York, New York 10105
Telephone: (646) 690-4980
Facsimile: (646) 368-9328
gfox@gerardfoxlaw.com

1