

**Seyfarth Shaw LLP**
700 Milam Street
Suite 1400
Houston, Texas 77002-2812
**T** (713) 225-2300
**F** (713) 225-2340

jmcoleman@seyfarth.com
T (713) 238-1805

www.seyfarth.com

October 6, 2021

**VIA CM/ECF**

Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: *Goureau, et al. v. Lemonis, et al.*; Case No. 1:20-cv-04691-MKV
Response to Plaintiffs' October 5, 2021 letter-motion

Honorable Judge Vyskocil:

ML Defendants will not belabor the other points raised in Plaintiffs' latest letter (Dkt. No. 87) because ML Defendants agree with Plaintiffs' proposed schedule of filing their new motion for leave to amend on October 18, 2021, with Defendants' oppositions due November 1, 2021 and Plaintiffs' replies due November 8, 2021. Indeed, ML Defendants would have so informed Plaintiffs had they contacted ML Defendants about this proposed schedule prior to making their application to the Court.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Jesse M. Coleman*

Jesse M. Coleman

JMC

cc: Counsel of record (via ECF)