UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS GOUREAU and STEPHANIE MENKIN, individually and derivatively on behalf of GOOBERRY CORP., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARCUS LEMONIS, an individual, ML RETAIL, LLC, a Delaware limited liability company, and MARCUS LEMONIS, LLC, a Delaware limited liability company,<br><br>Defendants,<br><br>and<br><br>GOOBERRY CORP., a New York corporation,<br><br>Nominal Defendant. | Civil Action No. 1:20-cv-04691<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION AND/OR FOR AN ORDER ALTERING OR AMENDING JUDGMENT UNDER RULE 59(e) OR, IN THE ALTERNATIVE, FOR RELIEF FROM JUDGMENT UNDER RULE 60(b)** |

Upon consideration of the parties' respective papers and arguments, Plaintiffs' Motion for Clarification and/or for an Order Altering or Amending Judgment under Rule 59(e) or, in the Alternative, for Relief from Judgment under Rule 60(b) is hereby granted. The judgment issued on November 22, 2021 (Dkt. No. 99) is clarified to have effectuated the dismissal of the claims included therein [with prejudice/without prejudice]. [However, the Court hereby amends said judgment to provide that the claims included therein have been dismissed without prejudice pursuant to the Court's powers under Rule 41(a)(2).]

**SO ORDERED.**

Dated: This _____ day of

_____, 2021.

                                                                                                             _____
                                                                                    The Honorable Mary Kay Vyskocil
                                                                                     United States District Judge

1