UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | |
| NICOLAS GOUREAU and STEPHANIE MENKIN, individually and derivatively on behalf of GOOBERRY CORP., a New York corporation, | : : | |
| | : | |
| Plaintiffs, | : | Civil Action No.  1:20-cv-04691 |
| v. | : | |
| MARCUS LEMONIS, an individual, ML RETAIL, LLC, a Delaware limited liability company, and MARCUS LEMONIS, LLC, a Delaware limited liability company, | : : : : | |
| Defendants, | : | |
| and | : | |
| GOOBERRY CORP., a New York corporation, | : | |
| Nominal Defendant. | : | |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Plaintiffs Nicolas Goureau and Stephanie Menkin, individually and derivatively on behalf of Gooberry Corporation, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on November 22, 2021 (Dkt. No. 99) and the Order Denying Motion to Alter/Amend Judgment or Relief from Judgement (Dkt. No. 105) entered on December 14, 2021, as well as from the Order Granting in Part Motion to Dismiss (Dkt. No. 77), the Order Granting in Part and Denying in Part Motion for Reconsideration (Dkt. No. 89), and the Order Closing the Case (Dkt. No. 98).

Dated: January 10, 2022                         **GERARD FOX LAW P.C.**

                                                /s/ *Gerard P. Fox*
                                                Gerard P. Fox (admitted *pro hac vice*)
                                                1345 Sixth Avenue, 33rd Floor
                                                New York, New York 10105
                                                Telephone: (646) 690-4980
                                                Facsimile: (646) 368-9328
                                                gfox@gerardfoxlaw.com

                                                OF COUNSEL:

                                                Marina V. Bogorad (admitted to the U.S. Court of
                                                Appeals for the Second Circuit)
                                                1880 Century Park East, Suite 1410
                                                Los Angeles, California 90067
                                                Telephone: (310) 441-0500
                                                Facsimile: (310) 441-4447
                                                mbogorad@gerardfoxlaw.com