UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NICOLAS GOUREAU and STEPHANIE MENKIN, individually and derivatively on behalf of GOOBERRY CORP., a New York corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARCUS LEMONIS, an individual, ML RETAIL, LLC, a Delaware limited liability company, and MARCUS LEMONIS, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants,<br><br>and<br><br>GOOBERRY CORP., a New York corporation,<br><br>　　　　　Nominal Defendant. | Civil Action No. 1:20-cv-04691 |

Plaintiffs hereby request that, pursuant to Federal Rule of Civil Procedure 41(a)(2), that this Court order the dismissal of all of Plaintiffs remaining claims against Defendants, with prejudice, with each party bearing their own costs.

Dated: November 13, 2023          **GERARD FOX LAW P.C.**

/s/ *Gerard P. Fox*
Gerard P. Fox (*admitted pro hac vice*)
1345 Sixth Avenue, 33rd Floor
New York, New York 10105
Telephone: (646) 690-4980
Facsimile: (646) 368-9328
gfox@gerardfoxlaw.com