UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NICOLAS GOUREAU, *et. al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -against- | : | Civil Action No.  1:20-cv-04691 |
| | : | |
| MARCUS LEMONIS, *et.al.*, | : | |
| | : | |
| Defendants, | : | |
| -and- | : | **[PROPOSED] ORDER** |
| | : | **DISMISSING ALL CLAIMS WITH** |
| GOOBERRY CORPORATION, | : | **PREJUDICE** |
| | : | |
| Nominal Defendant. | : | |
| | : | |
| | : | |
| | : | |

Upon review of the moving papers, and good cause being shown:

**IT IS HEREBY ORDERED** that all remaining claims are hereby dismissed, with

prejudice, with each party bearing their own costs.


Date: _____


_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE