UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS GOUREAU and STEPHANIE MENKIN, individually and derivatively on behalf of GOOBERRY CORP., a New York corporation,<br><br>   Plaintiffs,<br><br> v.<br><br>MARCUS LEMONIS, an individual, ML RETAIL, LLC, a Delaware limited liability company, and MARCUS LEMONIS, LLC, a Delaware limited liability company,<br><br>   Defendants,<br><br>and<br><br>GOOBERRY CORP., a New York corporation,<br><br>   Nominal Defendant. | Civil Action No. 1:20-cv-04691<br><br>STIPULATION OF DISMISSAL OF REMAINING CLAIMS |

IT IS HEREBY STIPULATED that, pursuant to Federal Rule of Civil Procedure 41(b)(1), that Plaintiffs dismiss all remaining claims against Defendants, with prejudice, with each party bearing their own costs, as agreed upon by the parties.

Dated: November 15, 2023
New York, New York

**GERARD FOX LAW P.C.**

_____
Ryan Dolan, Esq.
1345 Sixth Avenue, 33rd Floor
New York, New York 10105
Tel: (646) 690-4980
rdolan@gerardfoxlaw.com
*Attorneys for Plaintiffs*
*Nicolas Goureau, Stephanie Menkin*
*and Gooberry Corporation*

Respectfully Submitted,

**LATHAM & WATKINS LLP**

_____
Marissa Alter-Nelson
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
marissa.alter-nelson@lw.com

*Attorneys for Defendants Marcus Lemonis, ML Retail, LLC, Marcus Lemonis, LLC*