USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLAS GOUREAU, *et. al.*,

    Plaintiffs,

-against-

MARCUS LEMONIS, *et.al.*,

    Defendants,

-and-

GOOBERRY CORPORATION,

    Nominal Defendant.

Civil Action No. 1:20-cv-04691

**[PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**

Upon review of the moving papers, and good cause being shown:

**IT IS HEREBY ORDERED** that all remaining claims are hereby dismissed, with prejudice, with each party bearing their own costs.

Date: November 16, 2023

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE