**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand twenty-three.

Before:      Steven J. Menashi,
                   *Circuit Judge,*

---

Nicolas Goureau, individually and derivatively on behalf of GOOBERRY CORP., Stephanie Menkin, individually and derivatively on behalf of GOOBERRY CORP., a New York corporation,

         Plaintiffs - Appellants,

v.

Marcus Lemonis, an individual, ML Retail, LLC, a Delaware limited liability company, Marcus Lemonis, LLC, a Delaware limited liability company, Gooberry Corp., a New York corporation,

         Defendants - Appellees,

Roberta Raffel, NBCUniversal Media, LLC, ML Fashion, LLC, MLG Retail, LLC, Machete Corporation, a California corporation, DBA Machete Productions,

         Defendants.

---

**ORDER**

Docket No. 22-62

Appellants move for voluntary dismissal of this appeal pursuant to FRAP 42.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/21/2023